Brian Lyle **ANDERSON,**
Plaintiff–Appellant,

v.

Greg **FIZER;** et al., Defendants–
Appellees.

No. 10–16547.

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

Brian Lyle Anderson, Florence, AZ, pro se.

Kelley J. Morrissey, Assistant Attorney General, Phoenix, AZ, for Defendants–Appellees.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

**MEMORANDUM** **

Brian Lyle Anderson, an Arizona state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed Anderson's action because he failed to exhaust administrative remedies prior to filing suit. *See Woodford v. Ngo,* 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) ("proper exhaustion" is mandatory and requires adherence to administrative procedural rules); *McKinney v. Carey,* 311 F.3d 1198, 1199 (9th Cir.2002) (per curiam) (requiring exhaustion of administrative remedies prior to filing suit).

We do not consider facts presented for the first time on appeal. *See United States v. Elias,* 921 F.2d 870, 874 (9th Cir.1990) ("Documents or facts not presented to the district court are not part of the record on appeal.").

Anderson's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.